JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** <br><br> Plaintiff, <br><br> v. <br><br> **FARINA YASMIN DARY,** <br><br> Defendant. | Case No. CV13-03109-WDK(PLAx) <br><br> **JUDGMENT** |

The Application of J & J Sports Productions, Inc. for the entry of Default Judgment as to defendant Farina Yasmin Dary, an individual d/b/a El Limeno, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff J & J Sports Productions, Inc. against defendant Farina Yasmin Dary, an individual d/b/a El Limeno, as follows:

(a) defendant Farina Yasmin Dary, an individual d/b/a El Limeno, shall pay the plaintiff, J & J Sports Productions, Inc., $3,300.00 in total damages plus

1  attorneys' fees in the amount of $530.00 plus costs.

2

3  IT IS SO ORDERED.

4

5  IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
6  States mail or by telefax or by email, copies of this Order on counsel in this matter.

7

8

9  Dated: September 8, 2014

10
   _____
11
   William Keller
12 United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28